IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MARK KRAGEL,<br><br>                          PLAINTIFF,<br><br><br>                    v.<br><br>VI WATER & POWER AUTHORITY, LAWRENCE KUPFER, AND ANTHONY THOMAS,<br><br>                          DEFENDANTS | 42 U.S.C. § 1983<br><br><br>1ST AMENDMENT – FREE SPEECH RETALIATION<br><br>1ST AMENDMENT – POLITICAL Assoc. RETALIATION<br><br><br>Civil No. 2021/_____<br><br><br>**BENCH TRIAL** |

**VERIFIED COMPLAINT**

NOW COMES, PLAINTIFF MARK KRAGEL, by and through his undersigned counsel, who sues Defendants, Larry Kupfer, personally and in his official capacity as CEO and Executive Director of the Virgin Islands Water and Power Authority at the time of the events giving rise to this complaint (hereinafter, "Kupfer"), Anthony Thomas, personally and in his individual capacity as Chairman of the Board of the Virgin Islands Water and Power Authority (hereinafter "Thomas") and together with

Defendant Virgin Islands Water and Power Authority (hereinafter, "WAPA") and seeks damages against the Defendants and any other and further relief this Court deems just and proper. The Plaintiff states as follows:

**PARTIES**

1. Mark Kragel lived in St. Thomas, US Virgin Islands at the time of the events giving rise to this action. He now resides in the United Kingdom.

2. Defendant VI Water and Power Authority (WAPA) is a semi-autonomous governmental agency, can be sued and may initiate suit in its own name.

3. Defendant Anthony Thomas is an individual domiciled in St. Thomas, US Virgin Islands and at all times relevant herein served as WAPA Chairman of the Board.

4. Defendant Lawrence Kupfer is an individual domiciled in St. Thomas, US Virgin Islands and at all times relevant herein served as WAPA's Executive Director and CEO.

**VENUE & JURISDICTION**

5. Venue is proper in the United States District Court in the Division of St. Thomas & St. John, because all material acts alleged in this cause of action occurred in St. Thomas, U.S. Virgin Islands, and the cause of action accrued in St. Thomas, U.S. Virgin Islands.

6. This is an action for damages, attorneys' fees and costs.

7. This action is brought under 42 U.S.C. §1983:

   Every person who, under color of any statute,
   ordinance, regulation, custom, or usage, of any State
   or Territory or the District of Columbia, subjects or
   causes to be subjected, any citizen of the United
   States or other person within the jurisdiction thereof
   to the deprivation of any rights, privileges, or
   immunities secured by the Constitution and laws, shall
   be liable to the party injured in an action at law,
   suit in equity, or other proper proceeding for
   redress...

8. This Court has original jurisdiction under 28 U.S.C. §1331,
   to decide cases presenting a question arising under the
   Constitution of the United States; to award damages as
   provided under 28 U.S.C. §1343; and to address the
   deprivation, under color of law, of any right, privilege or
   immunity secured by the United States Constitution.

9. All conditions precedent to filing this action have
   occurred, accrued, or have been waived as a matter of law.

**FACTUAL STATEMENT**

**INTRODUCTION**

10. Mark Kragel moved to the U.S. Virgin Islands in May 2009 to
    take a position on St. Thomas with the Virgin Islands Water
    and Power Authority (WAPA) as its Deputy General Counsel.
    Kragel remained with WAPA until 2015. He met his wife,

Antoinette Baptiste, who worked at WAPA at the time.  Mrs. Kragel was born and raised in St. Thomas.

11. In 2019, Kragel was asked by WAPA's General Counsel to return to work with WAPA and he returned until he was unlawfully terminated on June 25, 2020.

12. That all ended when the proverbial social media mob came for Kragel because he expressed political opinions critical of the political organization known as Black Lives Matter (BLM) in a **June 18, 2020** Facebook Comment unconnected to his job.

13. The polestar of civics in the United States is that a public employee is not subject to discipline for the content of private political speech under the First Amendment.

14. The Defendants did not respect or acknowledge Kragel's right, as one of its employees and as a citizen in a democratic society, to speak out on issues of public concern.

15. The Defendants heedlessly and eagerly joined in to publicly attack one of its own employees, who had been valued until he voiced his criticism of BLM.  On **June 21, 2020,** the Defendants immediately suspended Kragel with little or no warning and placed him under investigation telling the public that he was a racist.

16. The Defendants released statements and provided comments to media outlets blasting Kragel and admitting they had targeted

him for expressing political opinions with respect to the BLM organization -- that Defendants disagreed with.

18. The WAPA Defendants' press releases and press comments legitimatized the outrageous attacks on Kragel and destroyed Kragel's career.

19. Aside from violating Kragel's civil rights, the public fusillade leveled against Kragel's family created a dangerous situation not only for Kragel's family but for the VI residents who live in his neighborhood.

19. As a result of the WAPA Defendants' actions, Kragel became a pariah overnight.

20. There was never a shred of cause for WAPA to investigate, discipline, publicly comment on and terminate Mark Kragel, who was engaging in protected political speech.

21. As is well-known in the Virgin Islands, Kragel and his family were targeted and became the victims of Doxing. Doxing (sometimes written as Doxxing) is the act of revealing identifying information about someone online, such as their real name, home address, workplace, phone, financial, and other personal information. That information is then circulated to the public — without the victim's permission.

22. By Sunday evening, **June 21, 2020,** Kragel had received repeated death threats online. On Facebook, one individual posted a

map with a pin reflecting the exact location of the Kragel home. Another individual posted the location of his workshop. Several individuals called for his home and shop to be burned down.

23. Despite these threats and the immediacy of violence directed at Kragel and his family, the WAPA Board Member, Anthony Thomas, issued a statement on Sunday calling Kragel's Facebook comment criticizing the BLM organization as "racist and repugnant."

24. Upon information and belief, federal authorities monitored the online and electronic device activity related to or mentioning Kragel as security for him, his home, his shop and neighborhood.

25. The emotional roller coaster of fear, sadness, anger and frustration was and continues to be utterly debilitating both mentally and physically for Kragel and his family. Kragel has had fleeting moments contemplating suicide; only his faith in God has kept him from such a drastic move.

26. Although Kragel left St. Thomas for a time, he returned after the firestorm died down. Kragel continued take precautions. He drove a variety of ways home and continued to constantly look over his shoulder. This is no way for anyone to live.

27. Kragel is not remotely able to support his family as an attorney in the US Virgin Islands. With a broken heart, the Kragel family began plans to uproot their family, sell their home and relocate. Kragel has since relocated to the United Kingdom.

28. Mark Kragel and his wife, Antionette, went through hell, which is largely unknown. Not one reporter from any of these media outlets contacted Kragel before labeling him a racist. Neither WAPA nor a "news" reporter bothered to ask his co-workers, his church members, or any of his colleagues if Kragel was, in fact, a racist. Thus, the so-called reporters apparently did not learn that Kragel is married to a black woman, born and raised in St. Thomas, who also works at WAPA. WAPA Defendants didn't bother to set the media and/or the public straight either.

29. Although WAPA Defendants claimed to provide Kragel with process prior to terminating his employment, as reflected in WAPA's press statements, the punishment WAPA doled out was predetermined prior to the Board meeting.

30. Mark Kragel brings this Complaint to protect not only his rights, but also because the WAPA Defendants have publicly declared that their intent, goal, and purpose was to ***chill***

*the freedom of speech* for all citizens who disagree with their preferred politics.

31. This anti-American, unconstitutional, and illegal conduct must be quashed wherever it is found no matter the color of the speaker.

**THE ATTACK AGAINST LAW ENFORCEMENT**

32. Kragel had denounced violence long before June 18, 2020. Prior to June 18, 2020, Kragel had stated that he fully supported any movement seeking to obtain equality but would not support any organization that condoned violence, advocated violence or remained silent when violence is/was committed in its name.

33. Kragel is not alone in his support of law enforcement. Along with many other citizens, Kragel was horrified at the sniper attack killing five police officers and wounding nine others in July 2016.[1]

34. There has been fierce public debate regarding BLM's call for violence against law enforcement. Many Americans, including William Johnson, the executive director of the National

---

[1] https://patch.com/us/across-america/fallen-five-officers-slain-dallas-shooting-shared-common-passion-serve; See also, https://www.youtube.com/watch?v=o71Io90yc34

Association of Police Organizations, have voiced the opinion that the "war on cops" began in 2016 when our political leaders failed to condemn movements/organizations, including Black Lives Matter, who were actively calling for the death of police officers when the five Dallas police officers were shot.

35. Many Americans, including Virgin Islanders, are not in accord with the attacks on police officers that have occurred all over the US.[2] Police officers are no longer safe in their own homes.[3] And the mobs have not discriminated when it comes to the men and women who wear the blue uniform.[4]

36. Black celebrities, including Denzel Washington, have

---

[2] https://en.wikipedia.org/wiki/2016_shooting_of_Baton_Rouge_police_officers (Six Louisiana police officers gunned down)

[3] https://www.lawenforcementtoday.com/chief-warns-officers-being-followed-home-families-targeted/; https://www.wsbtv.com/news/local/3-protesters-track-officers-their-home-light-their-police-cars-fire-authorities-say/Y4BL2CZGHVClZFP62CMDCVQJIU/; https://redstate.com/nick-arama/2020/06/06/ga-police-three-protesters-tracked-cops-to-their-homes-threw-molotov-cocktails-at-their-cars-n139286; https://abcnews.go.com/Politics/feds-warn-violent-opportunists-infiltrating-protests-emboldened-attack/story?id=71040109 (looking for officers' home addresses); https://www.buzzfeednews.com/article/maryanngeorgantopoulos/baton-rouge-ambush-report (researched police officers' home addresses)

[4] https://www.policemag.com/568282/mob-attacks-wisconsin-officer-at-his-home (black officer attacked in his home); https://dailycaller.com/2020/06/10/police-officers-shot-riots-george-floyd/;

defended law enforcement.[5]  Many prominent black Americans have criticized the BLM Organization: Muhammed Ali, Jr. has called the BLM movement racist and has emphasized that all lives matter[5]; Reverend Jesse Jackson criticized the BLM organization's use of violence.[6]

37. In the Chicago Englewood neighborhood, the black residents kept the BLM organization out.[7]  The mothers of Breonna Taylor, Richard Riser, Tamir Rice and others have criticized BLM.  Ferguson activists have criticized the BLM organization.  Thus, it is absurd to label someone who criticizes the BLM organization as racist.  It is unconstitutional to retaliate against someone who criticizes the BLM organization based on their skin color.

**KRAGEL'S JUNE 18, 2020 FB COMMENT**

38. In the late evening hours of June 18, 2020 (Wednesday), Kragel commented on a discussion that popped up on his

---

[5]      https://nypost.com/2021/02/03/denzel-washington-defends-cops-amid-blm-movement/;      https://www.wmal.com/news/denzel-washington-praises-police-denounces-blm-protesters/;

[6]      https://nypost.com/2020/08/11/black-lives-matter-organizer-calls-chicago-looting-reparation/ **(Jackson posted on Twitter denouncing the "pillaging, robbing & looting" as "humiliating, embarrassing & morally wrong.")**

[7] https://nypost.com/2020/08/12/chicago-locals-fight-off-protesters-and-shut-down-blm-rally/

personal Facebook page with respect to the BLM organization. Those who claimed he made this comment during work hours lied and used a WAPA computer also lied. Upon information and belief, their motive was to further inflame the public sentiment and create a situation ripe for mob mentality.

39. Kragel's FB comment was not connected to his job duties, was entirely unconnected to his employment, and it is without dispute that BLM and the demand to defund the police qualifies for a matter of public concern.

40. This particular post concerned the controversial Black Lives Matter political movement stating:

> "Absolutely. Spoiled mentality of fools have zero idea of what it takes to be an officer. 99% don't have the guts to even think of taking the risk that the men and women in blue do everyday. BLM is a domestic terrorist organization. F*ck BLM,"

41. Some members of the Virgin Islands' community including prominent leaders, ironically, were outraged with the content of Mark Kragel's post and publicly attacked him in the media.

42. As is often the case these days, a social media mob formed and came for Kragel's job at WAPA based on the content of his expression. Numerous Virgin Islands' community leaders

refused and/or failed to recognize that citizens in a free society have the right to disagree with each other without facing personal ruination.

43. WAPA's response should have simply been that employees have a First Amendment right to say what they want outside work on matters of public concern. *See, Garcetti v. Ceballos*, 547 US 410, 419 (2006) (stating that public employees who express opinions on matters of public concern unrelated to their employment have the broadest First Amendment protection).

**JUNE 20, 2020**

44. WAPA issued two press statements on Saturday morning. Anthony Thomas, the Chairman of the Board, issued the first statement which said,

> "It goes without saying that this behavior will not be tolerated by leaders of this organization, and I dare say all those in our community who value and respect people equally. Today, as board chair, WAPA reiterates that Black lives do matter and that racism and bigotry is not now or at any point tolerated."

Thomas told the press that he had called for an emergency board meeting for Monday.

45. Contrary to Thomas' accusations, Kragel never said black lives do not matter. Kragel criticized the BLM organization on a matter of public concern (safety of law enforcement).

46. In a subsequent press release, WAPA CEO Lawrence Kupfer said that the Authority discourages employees from making

> "unpopular, politically incorrect and or inflammatory statements" on social media [and that] WAPA encourages and expects that all employees will conduct themselves in a manner that is aligned with the reasonable expectations of our diverse and culturally sensitive Virgin Islands community." See, fn. 5.

Kupfer's statement flies in the face of the US Constitution.

47. On June 20, 2020, the VI Consortium posted an article entitled "Mark Kragel Must be Removed from his Position – Racism and Inappropriate Conduct."[8] This article noted that "The U.S. Virgin Islands is a predominantly black territory, with said race making up 76 percent of the population, followed by Hispanics or Latinos with 17.4 percent, and whites with 15.6 percent, according to World Population Review, which tracks population and demographics of countries around the world" and then pointed out that Kragel is white.

48. At least two other local media outlets emphasized the color of Kragel's skin. One reported, a "Facebook post over the weekend by Mr. Kragel, who is white, labeled the Black

---

[8] https://viconsortium.com/vi-race_relations/virgin-islands-virgin-islanders-create-petition-to-remove-wapa-deputy-legal-counsel-after-inflammatory-black-lives-matter-remark-wapa-responds

Lives Matter movement as "domestic terrorist organization…".[9]   Another media outlet's article was entitled, "Uproar in USVI as Caucasian Lawyer Calls BLM a Terrorist Group."[10]   This article with this title was re-printed in the Caymans and the British Virgin Islands.[11]

49. WAPA legitimized the attack by not reminding reporters of any individual's First Amendment right.   Instead, WAPA executives issued the following statement press release:

> "Expressions by WAPA employees on privately-owned social media accounts and other public forums do not reflect those of the Authority's Governing Board, its senior leadership team or management. Management and senior leadership employees are never encouraged to express unpopular, politically incorrect, and or inflammatory statements," WAPA said. "WAPA encourages and expects that all employees will conduct themselves in a manner aligned with the reasonable expectations of our diverse and culturally sensitive Virgin Islands community."

*Id.*

50. WAPA told the media that Kragel's FB post was considered

[9] https://www.284media.com/regional/2020/06/23/governor-bryan-to-wapa-mark-kragel-has-to-go/

[10] http://www.virginislandsnewsonline.com/en/news/uproar-in-usvi-as-caucasian-lawyer-calls-blm-a-terrorist-group-/

[11] https://caymans.org/uproar-in-usvi-as-caucasian-lawyer-calls-blm-a-terrorist-group; https://bvi.org/uproar-in-usvi-as-caucasian-lawyer-calls-blm-a-terrorist-group;

racist.  Prior to any "investigation", on the evening of June 20, 2020 Anthony Thomas said

> "What I can say is that this behavior will not be tolerated. Racism will not be tolerated.  There is no room in the Authority for this type of thinking," he said. "WAPA employees are made up of those who value and respect all people equally."[12]

Thomas trampled on the First Amendment of the US Constitution.

### JUNE 21, 2020 (Sunday & Father's Day) (WAPA SCHEDULED AN "INVESTIGATION MEETING")

51. On June 21, 2020, in a VI Consortium article, Robert Moore opined that "Mr. Kragel's comments are an illustration of how racism permeates government and social systems in the U.S. mainland, and here in the territory."[13]

52. That evening, on June 21, 2020, WAPA suspended Kragel for 30 days pending investigation and released a statement to the public.

53. On June 21, 2020, (Sunday & Father's Day), WAPA sent Kragel an email scheduling a disciplinary meeting stating:

> "The purpose of the disciplinary investigation meeting is to give you an opportunity to present reasons why you

---

[12] https://viconsortium.com/vi-wapa/virgin-islands-fate-of-wapa-lawyer-who-ranted-fck-black-lives-matter-will-be-decided-at-emergency-board-meeting-monday

[13] https://viconsortium.com/vi-wapa/virgin-islands-fate-of-wapa-lawyer-who-ranted-fck-black-lives-matter-will-be-decided-at-emergency-board-meeting-monday

should not be disciplined for alleged violation of Section 10.6.10 Restricting Production or Otherwise Impeding the Flow of Work, as well as for an alleged violation of the catch-all provision of Section 10.6, which provides that: "The enumeration of causes for discipline or the disciplinary action to be taken as enumerated herein does not exclude the Authority' right to discipline an employee for any other cause." Further, this meeting shall provide you an opportunity to present reason why you should not be disciplined for an alleged violation of Section I 3.1 B, which prohibits conduct "where such officer or employee by his/her conduct brings the integrity of the Authority into question."

**JUNE 22, 2020 (WAPA CALLED KRAGEL A RACIST)**

54. On June 22, 2020 (Monday), WAPA held an emergency board meeting attended by Anthony Thomas, Noel Loftus, Juanita Young, Joel Lee, Kyle Fleming, Hubert Turnbull, Elizabeth Armstrong, Cheryl Boynes-Jackson and Jed JohnHope.

55. On June 22, 2020, the St. Thomas Source posted an article entitled, "WAPA Investigates Racist FB Post by Deputy Legal Counsel."[14] WAPA denounced Kragel's opinion as "overtly racist and repugnant" and advised that an "active investigation" into the statements made by attorney Mark Kragel was "currently underway." WAPA also endorsed

---

[14] https://stthomassource.com/content/2020/06/22/wapa-investigates-racist-fb-post-by-deputy-legal-counsel/

Commissioner Anthony Thomas' statement the past weekend that "racist behavior will not be tolerated by leaders of the organization. And finally, the board would like to say that Black lives do matter."

56. Contrary to the Board's accusations, Kragel never said black lives do not matter. Kragel criticized the BLM organization's threat to the safety of law enforcement officers.

57. In comments that followed the above article, the hatred for WAPA by Virgin Islands residents was directed towards Kragel. See, fn. 13. "Our enemy right now is WAPA, and it has always been WAPA" said Chris Sealey, a protest organizer and host of Project 3-2-1. He went on to say that "most of the reason our local businesses do not thrive is because of WAPA."

**JUNE 23rd - WAPA'S "INVESTIGATION" WAS A FOREGONE CONCUSION**

58. On June 23, 2020, WAPA released a press statement by WAPA's CEO Lawrence Kupfer: specifically:

> "I strongly condemn any action, statement, post or other form of conduct that seeks to undermine or denigrate the nationwide effort to end racism in policing and in our society generally. Equally importantly, WAPA denounces any actions that would lead its employees, customers and other stakeholders to question the Authority's firm and steadfast commitment to serving and representing the

entire Virgin Islands community and providing opportunities for present and future generations. WAPA fully supports all efforts to eradicate racism in this country and going forward, our leadership team will be working to explore other ways in which to reinforce and foster an environment of inclusivity and sensitivity that is consistent with the Authority's fundamental mission and values." Kupfer also thanked WAPA employees and the V.I. community for "their patience in allowing the Authority to address these matters in accordance with its internal processes."[15]

59. On June 23, 2020, via Zoom, Kragel attended what WAPA called an "an investigative hearing" with General Counsel, Lorelei Farrington, Esq. and Human Resources Assistant Director, Mark Biggs. Kragel explained his comments and they discussed the First Amendment protection. Kragel also asked why WAPA issued a statement calling his comments "racist and repugnant" without first providing him with an opportunity to a hearing or even the chance to respond to the online mob which WAPA had now joined.

**JUNE 24, 2020**

60. WAPA CEO Lawrence Kupfer issued a press release on June 24, 2020 (Wednesday) stating that "following the completion of the internal review process outlined by its personnel policies and procedures, the individual responsible for

---

[15] https://stthomassource.com/content/2020/06/24/ceo-says-kragel-no-longer-employed-at-wapa/

social media posts this past weekend is no longer employed"
with WAPA. WAPA's press release saturated Virgin Islands'
media outlets.

61. On June 23, 2020, according to WTJX, a VI PBS station,
Senator Kurt Vialet announced WAPA had terminated Kragel
from the Senate Floor during an ongoing Committee on
Finance hearing.[16]  Some claim there was a celebration.

62. On June 24, 2020, the St. Thomas Source Posted an article
characterizing Kragel's FB Post as "Racially Charged."

63. On June 24, 2020, the Daily News published a front-page
article entitled "WAPA fires attorney accused of making
racist remarks"[17] and referenced WAPA's press release.

64. All of these statements regarding Kragel by the WAPA and
its officials made it clear that the retaliation against
Kragel was a considered and official action by WAPA, a semi-
autonomous governmental agency and not the rogue action of
one or two employees.

65. Upon information and belief, Kupfer and Thomas drafted
WAPA's press releases. The Board knew about, supervised,
and ratified these releases.

---

[16] https://www.facebook.com/wtjx/posts/10163922876060375

[17] http://www.virginislandsdailynews.com/news/wapa-fires-attorney-accused-of-making-racist-remarks/article_f644f394-da65-5db6-9e9d-5fd4e48e79ee.html

66. WAPA's public statements serve to stigmatize and otherwise ruin Mark Kragel and, in turn, fuel the mob mentality because he dared to express political viewpoints that did not support BLM but were in support of law enforcement – apparently contrary to the political opinions of the majority.

67. WAPA Defendants' statements vilified Kragel and expressly claimed that he was being suspended and investigated for expressing viewpoints that contradict the WAPA's values, including diversity.

68. The WAPA officials who spoke with the media were at least Defendants Kupfer and Thomas, and their contact with the media was known about, supervised, and ratified by all other WAPA Board members.

69. Incredibly, the WAPA's multiple public and media comments forthrightly and expressly admit to WAPA's unconstitutional viewpoint and political association retaliation.

70. The fact that Kragel was maliciously brow beaten and publicly humiliated, without regard for law or due process, is a stunning injustice. This type of sensationalized communication via the media creates the type of climate that breeds violent acts as we learned when the police officers and civilians were shot down in Dallas, Texas in

2016.

71. Mark Kragel and his family feared for their lives and could have been killed. They began making plans to relocate because the fear of reprisal fueled by WAPA's public condemnation and their unconstitutional, unwarranted, and reckless actions. As of this date, Mark Kragel had relocated alone.

72. Media misinformation and public condemnation should never be part of the mission statement of an arm of the government or supported by any political leader. The death threats against Mark Kragel and his family is one of many reminders of why we all should care when fear and hate start to distort our domestic political debates.[18]

73. Under WAPA's newly articulated policy, there will be no opting out of the BLM movement. You're either for the BLM organization or you are a racist. If you are white and dare to speak a word against the BLM organization and support law enforcement, you will be fired.

---

[18] https://www.motherjones.com/politics/2015/10/media-inspires-mass-shooters-copycats/ (How the Media Inspires Mass Shooters).

**COUNT I**
(**42 U.S.C. §1983)**
**(Against Defendant Lawrence Kupfer Individually)**

74. The Plaintiff realleges the allegations contained set forth above as if fully set forth herein.

75. The Plaintiff has the right under the Constitution of the United States to speak freely on matters of public concern.

76. On or about June 23, 2020, Defendant Kupfer, individually, and under the color of law terminated Plaintiff from his position as Deputy Legal Counsel with Defendant WAPA as a result of the Kragel's June 18, 2020 FB Comment criticizing the BLM organization.

77. The Defendant terminated Plaintiff's employment solely because Plaintiff exercised his First Amendment rights.

78. The primary, obvious, and sole purpose of WAPA's termination of Kragel's employment was to deprive and infringe upon his constitutional rights. WAPA fired Kragel and deprived of him of his rights under the First Amendment of the United States Constitution.

79. The WAPA Defendants knew that their actions would deprive Mark Kragel of his constitutional rights. Without regard for the US Constitution, Defendant Kupfer proceeded with the unlawful actions with willful disregard of the

consequences of his actions.

80. Defendant Kupfer under took the actions complained of with the knowledge that his actions were in direct violation of the United States Constitution and the Mark Kragel's rights. Defendant Kupfer's acts violated Kragel's clearly established constitutional rights, of which every reasonable member of the public or governmental entity should have known.

81. WAPA's leaders had the opportunity to temper rhetoric with reason. Without a thought to Mark Kragel and his family, WAPA's leaders, including Defendant Kupfer, inflamed the public sentiment. Not one WAPA leader had the courage to stand up to the mob mentality.

82. Defendant Kupfer's actions have directly and proximately caused Plaintiff to suffer damages, including mental suffering, the physical and emotional aspects of which continue to this day and are likely to continue in the future. Mark Kragel has also lost income from his position as WAPA's Deputy Legal Counsel and has suffered other damages associated with the violation of his constitutional rights, which exist to this day. The damage to the Plaintiff is likely to continue into the future.

83. The Plaintiff has retained the undersigned counsel to bring

this action under 42 U.S.C. §1983, is entitled to recover

from Defendants a reasonable fee for said counsel pursuant

to 42 U.S.C. § 1988.

WHEREFORE, Plaintiff, MARK A. KRAGEL, respectfully requests
this Court to exercise jurisdiction over this cause and over the
parties to this action, enter an award of damages against
Defendant, LAWRENCE KUPFER, in his individual capacity, and award
Plaintiff his reasonable attorney's fees and costs pursuant to 42
U.S.C. §1988 and all other applicable laws. Further, Plaintiff
seeks an award of punitive damages to punish Defendant, LAWRENCE
KUPFER, in his individual capacity, for his conduct so as to deter
him and others from such future conduct.

**COUNT II**
(**42 U.S.C. §1983)**
**(Against Defendant Anthony Thomas Individually)**

84. The Plaintiff realleges the allegations set forth above as
    if fully set forth herein.

85. Mark Kragel, as any other US Citizen, no matter the color
    of their skin, has the right under the Constitution of the
    United States to speak freely on matters of public concern.

86. On or about June 20, 2020, Defendant Thomas, individually,
    and under the color of law publicly announced Mark Kragel
    as a racist and called for an emergency Board Meeting, which
    led to WAPA's termination of Kragel from his position as

Deputy Legal Counsel.

87. Defendant Thomas' actions led to the termination of Kragel solely because he exercised his First Amendment rights.

88. WAPA Defendants' primary, obvious, and sole purpose of firing Mark Kragel was to deprive and infringe upon his constitutional rights. Kragel was terminated from his employment and deprived of his rights under the First Amendment of the United States Constitution.

89. Defendant Thomas knew that his actions would deprive Kragel of his constitutional rights and Defendant Thomas proceeded with the unlawful actions with willful disregard of the consequences of his actions.

90. Defendant Thomas undertook the actions complained of with the knowledge that his actions were in direct violation of the United States Constitution and Mark Kragel's rights. Defendant Thomas' acts violated those clearly established constitutional rights, belonging to Plaintiff – no matter what their color, of which every reasonable member of the public or governmental entity should have known.

91. WAPA's leaders had the opportunity to temper rhetoric with reason. Without a thought to Mark Kragel and his family, WAPA's leaders, especially Anthony Thomas, inflamed the public sentiment.

92. Defendant Thomas' actions have directly and proximately caused Mark Kragel to suffer damages, including mental suffering, the physical and emotional aspects of which continue to this day and are likely to continue in the future. Plaintiff has also lost income from his position as WAPA's Deputy Legal Counsel and has suffered other damages associated with the violation of his constitutional rights, which exist to this day. The damage to Plaintiff is likely to continue into the future.

93. Kragel has retained the undersigned counsel to bring this action under 42 U.S.C. §1983, is entitled to recover from Defendants a reasonable fee for said counsel pursuant to 42 U.S.C. § 1988.

WHEREFORE, Plaintiff, MARK A. KRAGEL, respectfully requests this Court to exercise jurisdiction over this cause and over the parties to this action, enter an award of damages against Defendant, ANTHONY THOMAS, in his individual capacity, and award Plaintiff his reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988 and all other applicable laws. Further, Plaintiff seeks an award of punitive damages to punish Defendant, ANTHONY THOMAS, in his individual capacity, for his conduct so as to deter him and others from such future conduct.

**Count III**
**(42 U.S.C. §1983)**
**(Against Defendant WAPA)**

94. The Plaintiff realleges the factual averments set forth above as if fully set forth herein. Plaintiff has the right to exercise free speech under the First Amendment of United States Constitution.

95. The Plaintiff has the right to be free from violations of his constitutional rights.

96. On June 23, 2020, Defendant WAPA, under the color of law, deprived Plaintiff of his rights under the First Amendment of the United States Constitution, in that, without justification, Defendant unlawfully terminated Plaintiff from his employment with Defendant WAPA on account of his June 18, 2020 FB Comment in response to a thread discussing the Black Lives Matter organization.

97. Defendant WAPA, under the color of law, not only directed, approved, ratified, but ordered the unlawful and deliberate termination of Plaintiff.

98. Defendant WAPA unlawfully retaliated against Mark Kragel for its employee's speech.

99. Kragel's speech qualified for protected speech;

100. WAPA's retaliatory action against Kragel is *chilling* and serves to discourage others from engaging in protected

speech;

101. WAPA's sole reason for terminating Kragel was his exercise of protected speech.

102. Defendant WAPA's actions have directly and proximately caused the Plaintiff to suffer damages, including mental suffering, the physical and emotional aspects of which continue to this day and are likely to continue in the future. The Plaintiff has also lost income from his position as WAPA's Deputy Legal Counsel and has suffered other damages associated with the violation of his constitutional rights, which exist to this day. The damage to the Plaintiff is likely to continue into the future.

103. The Plaintiff has retained the services of the undersigned counsel to bring this action pursuant to 42 U.S.C. §1983, and is entitled to recover from Defendant WAPA a reasonable fee for said counsel, pursuant to 42 U.S.C. §1988.

WHEREFORE, Plaintiff, MARK A. KRAGEL, respectfully requests this Court to exercise jurisdiction over this cause and over the parties to this action, enter an award of damages against Defendant WAPA and award Plaintiff his reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988 and all other applicable laws.

The undersigned alleges the facts as set forth in this Complaint under penalties of perjury pursuant to 28 USC § 1746.

October 23, 2021                    _____

                                        MARK A. KRAGEL


                                   **___/s/ Terri Griffiths__**
                                   Terri Griffiths
                                   Counsel for Mark Kragel
                                   701 Market Street
                                   Box 1029
                                   St. Augustine, FL 32095
                                   (340) 998-8830
                                   Terri@Griffiths-Law.com