IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MARK KRAGEL,<br><br>PLAINTIFF,<br><br>v.<br><br>VI WATER & POWER AUTHORITY, LAWRENCE KUPFER, AND ANTHONY THOMAS,<br><br>DEFENDANTS | Civil No. 2021/0078<br><br>42 U.S.C. § 1983<br><br>1ST AMENDMENT – FREE SPEECH RETALIATION<br><br>1ST AMENDMENT – POLITICAL Assoc. RETALIATION<br><br>**BENCH TRIAL** |

**UNOPPOSED MOTION TO CONTINUE**

NOW COMES, the undersigned, who represents Mark Kragel, who moves for a continuance of today's court conference. I have been extremely ill for three days. I am going for a COVID test today due to the nature of my symptoms.

                                        **___/s/ Terri Griffiths__**
                                        Terri Griffiths
                                        Counsel for Mark Kragel
                                        701 Market Street
                                        Box 1029
                                        St. Augustine, FL 32095
                                        (904) 547-0699
                                        Terri@Griffiths-Law.com

**THIS IS TO CERTIFY** that on this date, I provided electronic service of the foregoing with the ECF system providing notice to the following:

> SIMONE R. D. FRANCIS
> V.I. Bar Number 537
> The Tunick Building, Suite 201
> 1336 Beltjen Road
> St. Thomas, VI 00802
> Email: simone.francis@ogletree.com
>
> *Attorney for Virgin Islands Water and Power Authority*
>
> /s/ Terri Griffiths